```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MILWAUKEE ELECTRIC TOOL CORPORATION,

                Plaintiff,

- against -

MAERSK A/S,

                Defendant.

24-cv-914 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) Report by **June 25, 2024.**

SO ORDERED.

Dated:    New York, New York
            June 10, 2024

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge