UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MILWAUKEE ELECTRIC TOOL CORPORATION,
                Plaintiff(s)

                24 civ 914 (JGK)

     -against-

MAERSK A/S,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

A scheduling order having been entered on June 21, 2024,

The conference scheduled for July 3, 2024, at 12:00pm, is canceled.

**SO ORDERED.**

                                                      **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         June 28, 2024