```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

MILWAUKEE ELECTRIC TOOL CORPORATION,

                Plaintiff,

    - against -

MAERSK A/S,

                Defendant.

24-cv-914 (JGK)

ORDER

---

**JOHN G. KOELTL**, District Judge:

    Pursuant to the Civil Scheduling Order ("CSO") in this case, ECF No. 12, the time to file any dispositive motions was January 31, 2025. To date, no such motions have been filed.

    Pursuant to the CSO, the time to file a joint pretrial order, together with any other required submissions, is February 21, 2025.

    The parties are directed to submit a joint status report by **February 7, 2025.**

SO ORDERED.

Dated:    New York, New York
            February 3, 2025

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                              United States District Judge