

CHALOS & CO. P.C.

International Law Firm _____

55 Hamilton Avenue, Oyster Bay, New York 11771
TEL: +1-516-714-4300  FAX: +1-516-750-9051  WEB: www.chaloslaw.com  EMAIL: info@chaloslaw.com

February 7, 2025

**Via Electronic Filing**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   **Re:**  **Milwaukee Electric Tool Corporation v Maersk A/S**
      **Case No. 1:24-cv-914-JGK**
      **Joint Status Report Letter**

Dear Judge Koeltl -

   Plaintiff Milwaukee Electric Tool, Corporation (hereinafter "Plaintiff") and Defendant Maersk A/S (hereinafter "Defendant") provide the following status report.  The parties have furthered their settlement negotiations and have revised attorney recommendations for settlement of all claims to their respective clients and are awaiting approval.  The parties respectfully request a brief extension of the deadline to file the Joint Pretrial Order up to and including March 10, 2025. If acceptable to the Court, the Parties will provide a further status report to the Court (and update on whether the parties are able to reach resolution (or not)), no later than February 24, 2025.

   We thank the Court for its time, consideration, and attention to this matter.

             Respectfully submitted,

             CHALOS & CO, P.C.

APPLICATION GRANTED
SO ORDERED

_____
John G. Koeltl, U.S.D.J.

2/10/25

             Briton P. Sparkman

1

Case 1:24-cv-00914-JGK    Document 15    Filed 02/07/25    Page 2 of 2

cc: <u>Via Email</u>

FREEHILL HOGAN & MAHAR LLP
William J. Pallas, Esq.
pallas@freehill.com
80 Pine Street, 25th Floor
New York, New York 10005-1759

*Counsel for Defendant Maersk A/S*